IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VERONICA KENNY,

    Plaintiff,

v.                                                                                     Civ. No. 24-01062 KG/KRS

IFINANCE LLC and
OKINUS, INC.,

    Defendants.

### ORDER OF REMAND

In a contemporaneously filed Memorandum Opinion and Order (Doc. 32), the Court granted Plaintiff's Motion to Remand (Doc. 18). For the reasons given therein, the Court REMANDS this case to the Eleventh Judicial District Court, County of McKinley, State of New Mexico.

    IT IS SO ORDERED.

_____
CHIEF UNITED STATES DISTRICT JUDGE